IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY WHITEHEAD                                                                                                  PLAINTIFF
ADC #600614

v.                                          NO. 5:14CV00127 JLH

SHERI J. FLYNN; and PAULA STITZ,
Manager, S.O.C.N.A.                                                                                         DEFENDANTS

## ORDER

The Court has determined that the plaintiff would benefit from the appointment of counsel in this matter.

IT IS THEREFORE ORDERED that pursuant to Local Rule 83.7, Andrea Witcher Brock, Attorney at Law, Post Office Box 787, Forrest City, Arkansas, is hereby appointed to represent plaintiff, Billy Whitehead, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 7th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE